GAYNA KISH, AN INFANT BY HER GUARDIAN *AD LITEM*, DOROTHY BONOMOLO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MOTOR CLUB OF AMERICA INSURANCE COMPANY, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 405.

*Messrs. Lieb, Teich & Berlin* for the petitioner.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Douglas T. Hague* for the respondent.

April 14, 1970. Denied.

GEORGE H. LA PORTE, PLAINTIFF-RESPONDENT, v. MAYOR AND COUNCIL OF THE BOROUGH OF LINDENWOLD, DEFENDANT-PETITIONER AND MAYOR AND COUNCIL OF THE BOROUGH OF CLEMENTON, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Evoy & Feinberg* and *Messrs. Maressa & Console* for the petitioner.

*Messrs. DuBois, Maiale & DuBois* and *Messrs. Hyland, David & Reberkenny* for the respondents.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARCO ORLANDO, DEFENDANT-PETITIONER.

*Mr. Marco Orlando in propria persona.*

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

April 14, 1970. Denied.